833 F.2d 305
 Kootsouradis (Freeda), Strychaski (Victoria), Bashada (T.),
Denee (J.), Kereston (V.), Joseph (O.), vagnoni (R.J.),
Wolfrod (C.), Sowden (J.), Kordistas (D.), SeigSeighman
(D.), Minno (F.), Chester (M.), Kunka (B.), Stasko (A.),
Mallino (A.), Manko (G.), Pakish (H.), Latkanich (J.)
v.
Brookevale Manufacturing Co., Inc., Amalgamated Clothing
and Textile Workers of America, PGH District
Joint Board of Amalgamated Clothing
Workers of America (2 CASES)
 NOS. 87-3187, 87-3188
 United States Court of Appeals,
Third Circuit.
 OCT 13, 1987
 
 Appeal From: W.D.Pa.,
 Bloch, J.
 
 
 1
 AFFIRMED.